Sylvia Herschkowitz, Respondent, *v.* Arsenal Building Corporation, Appellant.

Supreme Court, Appellate Term, First Department, June 24, 1943.

*Allen M. Taylor* and *Daniel Miner* for appellant.

*Jacob A. Millstein* and *Benjamin Kornig* for respondent.

Opinion *Per Curiam.* Plaintiff failed to establish either notice to the defendant or negligence on its part. (*Miller* v. *Gimbel Bros., Inc.,* 262 N. Y. 107; *Antenen* v. *New York Telephone Co.,* 271 N. Y. 558.)

Judgment reversed, with costs, and complaint dismissed on the merits, with costs.

HAMMER, SHIENTAG and HECHT, JJ., concur.